# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>         v.<br><br>Raul Rosales-Villegas,<br><br>                    Defendant. | Case No. 2:22-mj-00713-DJA<br><br>**Order** |

Before the Court is Defendant Raul Rosales-Villegas' motion for miscellaneous relief, styled as a letter and not filed through his attorney. (ECF No. 19). Mr. Rosales-Villegas is represented by the Federal Public Defender's office. (ECF No. 15). As a result, he may not personally file documents with the court. *See* Local Rule IA 11-6(a). Instead, filings must be made by his attorney. *Id.*

**IT IS THEREFORE ORDERED** that Defendant's motion (ECF No. 19) is **DENIED**.

DATED: February 14, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE