JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
EDWARD G. VERONDA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336 / Fax: (702) 388-6418
edward.g.veronda@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br> RAUL ROSALES-VILLEGAS,<br><br>  Defendant. | Case No. 2:23-cr-00044-GMN-VCF<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE FOR GOVERNMENT'S RESPONSE TO MOTION TO MOTION TO SUPPRESS (ECF No. 55) AND MOTION TO DISMISS (ECF No. 57)** |

Defendant, Raul Rosales-Villegas filed a Motion to Motion to Suppress (ECF 55) and a Motion to Dismiss (ECF No. 57). A response by the United States is due today, September 29, 2023. *Id.*

The United States asks to extend the deadline to respond to both motions to Friday, October 6, 2023. This request is unopposed by the Defendant, as confirmed with the Defendant's attorneys through a meet and confer on today's date.

For good cause, the United States states the following:

The undersigned attorney had a jury trial that started from September 11 and continued until September 22, 2023 in *United States v. David Litwin,* 11-cr-00347-KJD-CWH. For the first seven days of the Government's allotted 14 days to respond, the undersigned was unavailable to research or draft any response.

A granting of this extension would aid the Court in making a just ruling.

Finally, the Defendant does not oppose this request.

WHEREFORE, the United States respectfully requests that the Court grant an extension for the United States to respond to Defendant's Motion to Suppress (ECF No. 55) and the Motion to Dismiss (ECF No. 57) to Friday, October 6, 2023

Dated: September 29, 2023

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Edward G. Veronda*
Assistant United States Attorney

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  9-29-2023
_____

2