JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
EDWARD G. VERONDA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336 / Fax: (702) 388-6418
edward.g.veronda@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RAUL ROSALES-VILLEGAS, <br><br> Defendant. | Case No. 2:23-cr-00044-GMN-VCF <br><br> **UNOPPOSED MOTION TO EXTEND DEADLINE FOR GOVERNMENT'S RESPONSE TO MOTION TO MOTION TO SUPPRESS (ECF No. 55) (second stipulation)** |

Defendant, Raul Rosales-Villegas filed a Motion to Suppress (ECF 55) and a Motion to Dismiss (ECF No. 57). A response for both was due on September 29, 2023. *Id.* The United States requested to extend the deadline to file its response for both motions until Friday, October 6, 2023. ECF No. 59.

The United States filed its response to Rosales-Villegas's Motion to Dismiss on October 6, 2023. ECF No. 62.

However, the United States requests to extend the deadline to respond to the Motion to Suppress <u>only</u> to Tuesday, October 10, 2023. This request is unopposed by the Defendant, as confirmed with the Defendant's attorneys through a meet and confer via email.

For good cause, the United States states the following:

Saturday, October 7, 2023, Sunday, October 8, 2023, and Monday, October 9, 2023 are not business days for Court or the federal government. Thus, although this extension is technically for 4 calendar days, the extension only requests an extension by one business day. The Defendant would not be prejudiced by the extension of the deadline to respond by one business day.

A granting of this extension would aid the Court in making a just ruling.

Finally, the Defendant does not oppose this request.

WHEREFORE, the United States respectfully requests that the Court grant an extension for the United States to respond to Defendant's Motion to Suppress (ECF No. 55) to Tuesday, October 10, 2023

Dated: October 6, 2023

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Edward G. Veronda* _____
Assistant United States Attorney

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  10-6-2023 _____