UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAUL ROSALES-VILLEGAS,

    Defendant.

Case No. 2:23-cr-00044-GMN-VCF

**ORDER**

IT IS THEREFORE ORDERED that the replies to the Government's Response to Defendant's Motion to Dismiss (ECF 62) currently due October 13, 2023, be extended to October 20, 2023, and Government's Response to Defendant's Motion to Suppress and Request for *Franks Hearing* (ECF 65) currently due October 17, 2023 be extended to October 24, 2023

DATED this 17th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE



FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 17 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY