RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KEBEDE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kebede@fd.org

Attorney for Raul Rosales-Villegas

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00044-GMN-VCF |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE RESPONSE DEADLINE TO GOVERNMENT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY (ECF 72)** |
| RAUL ROSALES-VILLEGAS, | |
| Defendant. | (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward G. Veronda, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Aden Kebede, Assistant Federal Public Defender, counsel for Raul Rosales-Villegas, that the response to the Government's Motion for Leave to File supplemental authority (ECF 72) currently due October 31, 2023 be extended to November 7, 2023.

The Stipulation is entered into for the following reasons:

1.      Defense counsel needs additional time to research or draft the response to government's supplemental authority.

1       2.      The defendant is in custody and agrees with the continuance.

2       3.      The government does not oppose the request for a continuance.

3       4.      The additional time requested herein is not sought for purposes of delay, but

4  merely to allow counsel for defendant sufficient time within which to discuss the proposed

5  resolution with his client.

6       5.      Additionally, denial of this request for continuance could result in a miscarriage

7  of justice.

8       This is the first stipulation to continue filed herein.

9       DATED this 31st day of October, 2023.

10

| | |
|---|---|
| RENE L. VALLADARES | JASON M. FRIERSON |
| Federal Public Defender | United States Attorney |

11

12

13

| | |
|---|---|
| By */s/ Aden Kebede* | By */s/ Edward G. Veronda* |
| ADEN KEBEDE | EDWARD G. VERONDA |
| Assistant Federal Public Defender | Assistant United States Attorney |

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00044-GMN-VCF |
| Plaintiff, | |
| v. | |
| RAUL ROSALES-VILLEGAS, | |
| Defendant. | |

**<u>ORDER</u>**

IT IS THEREFORE ORDERED that the response to the Government's Motion for Leave to File supplemental authority (ECF 72) currently due October 31, 2023 be extended to November 7, 2023.

DATED this 31st day of October, 2023.

Cam Ferenbach
United States Magistrate Judge

3