# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Raul Rosales-Villegas,<br><br>        Defendant. | 2:23-cr-00044-GMN-VCF<br>**ORDER SETTING HEARING** |

    Before the Court are the motion to suppress and request for Franks hearing (ECF No. 55), motion to dismiss (ECF No. 57), and motion for leave to file excess pages (ECF No. 72).

    Accordingly,

    IT IS HEREBY ORDERED that an in-person evidentiary hearing on the motion to suppress and request for Franks hearing (ECF No. 55), motion to dismiss (ECF No. 57), and motion for leave to file excess pages (ECF No. 72), is scheduled for 10:00 AM, December 20, 2023, in Courtroom 3D.

    DATED this 9th day of November 2023.

                                                        _____<br>
                                                        CAM FERENBACH<br>
                                                        UNITED STATES MAGISTRATE JUDGE