# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:23-cr-00044-GMN-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| Raul Rosales-Villegas, | |
| Defendant. | |

Based upon the record in this case and the stipulation of the parties, and good cause appearing, IT IS THEREFORE ORDERED that the Evidentiary Hearing currently scheduled for December 20, 2023 at 10:00 a.m., be vacated and continued to January 30, 2024 at the hour of 10:00 am. in Courtroom TBD.

DATED this 29 day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE

3