RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KAHSSAI
Assistant Federal Public Defenders
Nevada Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kahssai@fd.org

Attorneys for Raul Rosales-Villegas

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:23-cr-00044-GMN-MDC |
| Plaintiff, | |
| v. | **STIPULATION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION (ECF 80)** |
| Raul Rosales-Villegas, | (Second Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Edward Veronda, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Defenders and counsel for Raul Rosales-Villegas, that the Objections to Report and Recommendation (ECF No. 80) currently due February 20, 2024 be extended to March 21, 2024.

This Stipulation is entered into for the following reasons:

1. On January 5, 2024, this court issued a Report and Recommendation (ECF No. 80) recommending that Mr. Rosales-Villegas' Motion to Suppress and Motion to Dismiss be denied. The Report and Recommendation also ordered that the evidentiary hearing as well as the *Franks* hearing be vacated.

2. The parties are engaged in negotiations to resolve this case. An extension on the deadline to file objections to the Report and Recommendation is necessary to allow the parties to see the resolution of this case or move forward with objections.

3. The parties agree to the continuance.

4. The defendant is in custody and agrees with the need for the continuance.

This is the second request for an extension of time.

DATED this 15th day of February, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Aden Kahssai*<br>ADEN KAHSSAI<br>Assistant Federal Public Defender | By */s/ Edward Veronda*<br>EDWARD VERONDA<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:23-cr-00044-GMN-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| Raul Rosales-Villegas, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the Objections to Report and Recommendation (ECF 80) currently due February 20, 2024 be extended to May 21, 2024.

DATED this __19__ day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE

3