# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Raul Rosales-Villegas,<br><br>    Defendant. | 2:23-cr-00044-GMN-MDC<br><br>**ORDER DENYING MOTION FOR COPIES (ECF No. 96)** |

This case is closed. See Judgment at ECF No. 95. Defendant Raul Rosales-Villegas personally filed this *Motion for Copies* ("Motion")(ECF No. 96) into this closed case. The Court's docket shows that defendants is represented by the Office of the Federal Public Defender ("FPD").

The Court DENIES defendant's Motion pursuant to Local Rule LR IA 11-6(a), which provides in relevant part: Unless the court orders otherwise, a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney. *Id.* The Court directs the defendant to contact counsel at the FPD regarding this case. Defendant must not file anything personally into this closed case going forward.

ACCORDINGLY,

**IT IS ORDERED** that defendant Raul Rosales-Villegas's *Motion for Copies* (ECF No. 96) is DENIED.

DATED November 26, 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge